# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### CENTRAL    DIVISION

| UNITED STATES OF AMERICA, | | **HEARING MINUTES**   Sealed:   No |
|---|---|---|
| Plaintiff(s) | | Case No.:   3:18-cr-3051-LRR-MAR |
| vs. | | Presiding Judge:   Linda R. Reade |
| | | Deputy Clerk:   Paul Coberly |
| SAMANTHA JO ROGERS, | | Official Court Record:   Ellen Tucker          Contract?   Yes |
| Defendant(s) | | Contact Information:   acereporting0@gmail.com |

| Date: | 7/25/2022 | Start: | 3:42 PM | Adjourn: | 4:53 PM | Courtroom: | 2 | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | | -- | | | Time in Chambers: | | -- | | Telephonic?   No |
| Appearances: | Plaintiff(s): | AUSA Timothy L. Vavricek | | | | | | | |
| | Defendant(s): | Jennifer J. Frese (Defendant appears personally) | | | | | | | |
| | U.S. Probation: | Tonya Geisinger | | | | | | | |
| | Interpreter: | -- | | Language: | -- | Certified: | -- | Phone: | -- |

| **TYPE OF PROCEEDING:** | **PRELIMINARY EXAMINATION** | | **DETENTION** | | **REVOCATION** | X |
|---|---|---|---|---|---|---|

| | | | Contested?   Yes | Continued from a previous date?   No |
|---|---|---|---|---|
| | Moving party: | US Probation | | |
| | Nature of proceedings: | | Ruling: | |
| | Preliminary examination | | | |
| | Review of detention or conditions | | | |
| | Review of pre-trial release | | | |
| | Review of supervised release | X | Supervised release revoked. 12 months imprisonment. Supervised release reimposed for 1 year. Defendant detained. | |

| **Witness/Exhibit List is** | attached |
|---|---|

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

| **Miscellaneous:** | First supplemental and substituted petition to revoke supervision filed on 7/20/2022 (doc. 175). |
|---|---|

Ms. Frese informs that Court that her client will admit the violations with some exceptions to violations 1(a-c) and 5(a and b).

Court places the Defendant under oath.

Court addresses the violations with the Defendant. Defendant admits violations 1(a-c); however, denies she intentionally failed to participate in substance abuse testing. Defendant admits violations 2, 3, and 4. Defendant admits violation 5(a and b); however, denies she willfully failed to participate in substance abuse testing. Defendant admits violation 6.

Ms. Frese calls Samantha Rogers. Direct (3:52-4:00 PM). Cross (4:00-4:11 PM). Re-direct (4:11-4:12 PM). No further cross.

Ms. Frese calls USPO Tonya Geisinger. Direct (4:13-4:16 PM). Cross (4:16-4:18 PM). No further direct. USPO Geisinger excused.

Court finds violations 2, 3, 4, and 6 have been established.

Court does not find violations 1(a-c) have been established and those violations are dismissed.

| | | Court finds violations 5(a and b) have been established. |
| --- | --- | --- |
| | | Court hears argument regarding disposition. |
| | | Defendant provides an allocution. |
| | | Court advises the Defendant of her right to appeal. |

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### CENTRAL    DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff(s),<br>vs.<br>SAMANTHA JO ROGERS,<br>Defendant(s).<br>Hearing Date    7/25/2022 | **WITNESS & EXHIBIT LIST**<br>Case No.    3:18-cr-3051-LRR-MAR<br>Presiding Judge    Linda R. Reade<br>Deputy Clerk    Paul Coberly<br>Court Reporter    Ellen Tucker<br>Plaintiff's Attorney    AUSA Timothy L. Vavricek<br>Defendant's Attorney    Jennifer J. Frese |

| # | **PLAINTIFF** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
|  | -- |  |  |  |  |

| # | **DEFENSE** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| 1 | Samantha Rogers | 7/25/2022 | 3:52 PM | 7/25/2022 | 4:12 PM |
| 2 | Tonya Geisinger – US Probation Officer | 7/25/2022 | 4:13 PM | 7/25/2022 | 4:18 PM |

*Exhibit Receipted to Task Force Officer
**A=Admitted; APT=Admitted at Pre-Trial; RSO=Received Subject to Objection; OS=Objection Sustained

| Marked | **COURT** Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
|  | -- |  |  |

| Marked | **PLAINTIFF** Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
|  | -- |  |  |

| Marked | **DEFENSE** Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| A | Employment offer letter (filed at doc. 176) | 7/25/2022 | A |
| B | Medical record from Quick Care Clinic (filed at doc. 176) | 7/25/2022 | A |
| C | Photograph of prescription bottles (filed at doc. 176) | 7/25/2022 | A |
| D | Photograph of prescription bottles (filed at doc. 176) | 7/25/2022 | A |
| E | Test result from Omega Laboratories (filed at doc. 176) | 7/25/2022 | A |
| F | Medical record from Mercyone North Iowa Medical Center (filed at doc. 176) | 7/25/2022 | A |
| G | Report from Prairie Ridge | 7/25/2022 | A |